# Exhibit B



February 21, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 578310604046

| **Delivery Information:** | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday | | WASHINGTON, DC, |
| | | **Delivery date:** | Dec 22, 2022 13:33 |

| **Shipping Information:** | | | |
|---|---|---|---|
| **Tracking number:** | 578310604046 | **Ship Date:** | Nov 15, 2022 |
| | | **Weight:** | |
| **Recipient:** | | **Shipper:** | |
| WASHINGTON, DC, US, | | OAKLAND, CA, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx