Kristin Henry (CA Bar No. 220908)
Joshua Smith (OR Bar No. 071757)
Dru Spiller (DC Bar No. 173650)
2101 Webster Street, Ste. 1300
Oakland, CA 94612
kristin.henry@sierraclub.org
joshua.smith@sierraclub.org
dru.spiller@sierraclub.org

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| SIERRA CLUB,<br><br>       Plaintiff,<br><br>vs.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, AND MICHAEL S. REGAN, IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR<br><br>       Defendant. | Case No. 4:23-cv-00780<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Clean Air Act, 42 U.S.C. § 7401 *et seq*. |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

    Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this day, other than the named parties, there is no such interest to report.

    DATED: this 21st day of February, 2023.        Respectfully submitted,

///

1
CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Kristin Henry*
Kristin Henry (CA Bar No. 220908)
SIERRA CLUB
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5716
kristin.henry@sierraclub.org

Joshua Smith (Oregon Bar No. 071757)
(Pro Hac Vice Motion To Be Filed)
SIERRA CLUB
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5560
joshua.smith@sierraclub.org

Dru Spiller (DC Bar No.1736750)
(Pro Hac Vice Motion To Be Filed)
SIERRA CLUB
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5696
dru.spiller@sierraclub.org

*Attorneys for Plaintiff Sierra Club*

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS