**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| SIERRA CLUB,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>　　　　　　　　Defendants. | Case No. 3:23-cv-00780-TLT<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS' ANSWER AND [PROPOSED] ORDER ~~TO CONTINUE CASE MANAGEMENT CONFERENCE~~ AS MODIFIED** |

　　　　Plaintiff Sierra Club and Defendants United States Environmental Protection Agency and Administrator Michael Regan (EPA) stipulate as follows:

　　　　1.　　Plaintiff alleges that EPA has failed to perform certain mandatory duties under the Clean Air Act.  The parties have met and conferred over the past month and are currently pursuing settlement options.  They ask the Court for a sixty-day extension of the litigation deadlines in this case to facilitate continued settlement discussions.

　　　　2.　　The parties have not previously requested time modifications in this case.

　　　　3.　　Plaintiff filed its Complaint for Declaratory and Injunctive Relief on February 22, 2023, ECF No. 1, and completed service on February 24, 2023, ECF No. 17.  Under Fed. R. Civ. P. 12(a)(2), EPA's deadline to file a responsive pleading or motion is April 25, 2023.

　　　　4.　　Pursuant to Civil Local Rule 6-1(a), the Parties stipulate that EPA's deadline to respond to the Complaint is extended by sixty days to June 26, 2023.[1]

---

[1] Sixty days from April 25 is Saturday, June 24.  Pursuant to Fed. R. Civ. P. 6(a)(1)(C), deadlines that fall on Saturdays or Sundays are continued to the next workday.

5.     The parties believe the stipulated extension will conserve the Court's resources by facilitating resolution of this case without protracted litigation.

6.     The Court initially assigned this case to Magistrate Judge Kandis A. Westmore, scheduled a Case Management Conference for May 23, 2023, and set deadlines for initial disclosures, alternative dispute resolution (ADR) process selection, and the parties' Rule 26(f) Report.  ECF No. 7.  On March 7, 2023, the Court reassigned this case to Judge Trina L. Thompson, vacated the previous hearing date, and scheduled an Initial Case Management Conference for June 1, 2023.  ECF No. 15.  The parties' Joint Case Management Statement is now due May 25, 2023.  ECF No. 16.  The deadlines to meet and confer and file the ADR certification shifted to 21 days prior to the Initial Case Management Conference per ADR Local Rules 3-5(a) and (b).

7.     The parties request that deadlines related to ADR ~~and the Case Management Conference be~~ extended by sixty days as follows:

| Event | Original Date (ECF No. 7) | Revised Date (ECF No. 16) | [Proposed] New Date |
|---|---|---|---|
| Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, and to file an ADR Certification signed by the Parties and Counsel. | May 2, 2023 | May 11, 2023 | July 10, 2023 |
| Last day to file a Rule 26(f) Report, complete initial disclosures, or state objections in Rule 26(f) Report, and file a Case Management Statement. | May 16, 2023 | May 25, 2023 | ~~July 24, 2023~~ |
| Initial Case Management Conference | May 23, 2023 | June 1, 2023 | ~~July 31, 2023~~ |

8.     Pursuant to Local Rule 5-1(h)(3), the undersigned counsel for Defendants attests that the other signatories listed concur in filing this document.

| | | |
|---|---|---|
| 1 | Dated April 18, 2023. | Respectfully submitted, |
| 2 | | |
| 3 | /s/ Alex J. Hardee | /s/ Kristin Henry (by consent) |
| | Alex J. Hardee (NC Bar No. 56321) | Kristin Henry (CA Bar No. 220908) |
| 4 | United States Department of Justice | Joshua Smith (OR Bar No. 071757) |
| 5 | Environment & Natural Resources Division | Dru Spiller (DC Bar No. 1736750) |
| | Environmental Defense Section | Sierra Club |
| 6 | P.O. Box 7611 | 2101 Webster Street, Suite 1300 |
| | Washington, DC 20044 | Oakland, CA 94612 |
| 7 | 202-514-2398 | 415-977-5716 |
| 8 | alex.hardee@usdoj.gov | kristin.henry@sierraclub.org |
| | | joshua.smith@sierraclub.org |
| 9 | *Attorney for Defendants* | dru.spiller@sierraclub.org |
| 10 | | *Attorneys for Plaintiff* |

\*   \*   \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The initial case management conference date and deadline to file a joint case management statement are maintained. Initial disclosures are due per FRCP Rule 26(a)(1)(C).

Dated: April 19, 2023

_____
TRINA L. THOMPSON
United States District Judge