1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

SIERRA CLUB,

               Plaintiff,

        v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY and MICHAEL
S. REGAN, in his official capacity as
Administrator of the United States
Environmental Protection Agency,

               Defendants.

Case No. 3:23-cv-00780-TLT

**STIPULATED REQUEST FOR ORDER CHANGING TIME OF INITIAL DISCLOSURES AND CASE MANAGEMENT CONFERENCE**

Under Local Rules 6-2 and 7-12, Plaintiff Sierra Club and Defendants United States Environmental Protection Agency and Administrator Michael S. Regan (EPA) stipulate as follows:

1.     Plaintiff alleges that EPA has failed to perform certain mandatory duties under the Clean Air Act.  On April 18, the parties requested a sixty-day extension of the litigation deadlines in this case to facilitate settlement discussions.  On April 19, the Court granted the extension as to the answer deadline and ADR process but preserved the original deadlines for the Rule 26(f) Report and Case Management Statement (May 25) and the Initial Case Management Conference (June 1).  ECF No. 20.  The parties have not requested any other time modifications.

2.     The parties have continued productive settlement discussions and have recently reached a tentative agreement to settle this case.  They are in the process of codifying the settlement and obtaining necessary approvals.  To provide time to finalize the settlement, the parties request that the Court extend the deadlines for the Rule 26(f) Report and Case Management Statement and the Initial Case Management Conference.  If the stipulated request is granted, the litigation deadlines in this case will be as follows:

| Event | Current Date (ECF No. 20) | Proposed New Date |
|---|---|---|
| Last day to file a Rule 26(f) Report, complete initial disclosures, or state objections in Rule 26(f) Report, and file a Case Management Statement. | May 25, 2023 | July 24, 2023 |
| Initial Case Management Conference | June 1, 2023 | July 31, 2023 |

3.       Pursuant to Local Rule 5-1(h)(3), the undersigned counsel for Defendants attests that the other signatories listed concur in filing this document.

Dated May 10, 2023.                          Respectfully submitted,

*/s/ Alex J. Hardee*
Alex J. Hardee (NC Bar No. 56321)
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
202-514-2398
alex.hardee@usdoj.gov

*Attorney for Defendants*

*/s/ Kristin Henry (by consent)*
Kristin Henry (CA Bar No. 220908)
Joshua Smith (OR Bar No. 071757)
Dru Spiller (DC Bar No. 1736750)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
415-977-5716
kristin.henry@sierraclub.org
joshua.smith@sierraclub.org
dru.spiller@sierraclub.org

*Attorneys for Plaintiff*

CASE NO. 3:23-CV-00780-TLT

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

\* \* \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:

               _____

               TRINA L. THOMPSON
               United States District Judge