**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| SIERRA CLUB,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>                    Defendants. | Case No. 3:23-cv-00780-TLT<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME OF ANSWER DEADLINE, INITIAL DISCLOSURES, AND CASE MANAGEMENT CONFERENCE** |

Under Local Rules 6-2 and 7-12, Plaintiff Sierra Club and Defendants United States Environmental Protection Agency and Administrator Michael S. Regan (EPA) stipulate as follows:

1.  Plaintiff alleges that EPA has failed to perform certain mandatory duties under the Clean Air Act.  On April 18, the parties requested a sixty-day extension of the litigation deadlines in this case to facilitate settlement discussions.  ECF No. 19.  On April 19, the Court granted the extension as to the answer deadline and ADR process but preserved the original deadlines for the Rule 26(f) Report and Case Management Statement and the Initial Case Management Conference.  ECF No. 20.  On May 10, the parties requested a 60-day extension of the Initial Disclosures and Case Management Conference.  ECF No. 21.  The Court partially granted the stipulation.  ECF No. 22.

2.  Over the past month, the parties have agreed to a proposed Consent Decree after further negotiations.  EPA needs additional time to obtain the necessary management approvals within EPA and the Department of Justice to enter into the proposed Consent Decree, and to provide public notice of the proposed Consent Decree in the Federal Register, followed by a 30-

day public comment period, as required by 42 U.S.C. § 7413(g).  EPA will then promptly consider any comments and, if no comments disclose facts or considerations indicating that the proposed Consent decree is inappropriate, improper, inadequate, or inconsistent with the Clean Air Act, EPA will then lodge the Consent Decree with the Court and move for entry.  To provide time for these prerequisites to settlement, the parties request that the Court extend the deadlines for EPA's answer, the Rule 26(f) Report, Case Management Statement, and the Initial Case Management Conference.  If the stipulated request is granted, the litigation deadlines in this case will be as follows:

| Event | Current Date (ECF No. 20 & 21) | Proposed New Date |
|---|---|---|
| Answer deadline | June 26, 2023 | August 25, 2023 |
| Last day to file a Rule 26(f) Report, complete initial disclosures, or state objections in Rule 26(f) Report, and file a Case Management Statement. | July 6, 2023 | September 1, 2023 |
| Initial Case Management Conference | July 13, 2023 | September 8, 2023 |

3.  Pursuant to Local Rule 5-1(h)(3), the undersigned counsel for Defendants attests that the other signatories listed concur in filing this document.

Dated June 16, 2023.                                              Respectfully submitted,


/s/ Alex J. Hardee                                  /s/ Kristin Henry (by consent)
Alex J. Hardee (NC Bar No. 56321)                   Kristin Henry (CA Bar No. 220908)
United States Department of Justice                 Joshua Smith (OR Bar No. 071757)
Environment & Natural Resources Division            Dru Spiller (DC Bar No. 1736750)
Environmental Defense Section                       Sierra Club
P.O. Box 7611                                       2101 Webster Street, Suite 1300
Washington, DC 20044                                Oakland, CA 94612
202-514-2398                                        415-977-5716
alex.hardee@usdoj.gov                               kristin.henry@sierraclub.org
                                                    joshua.smith@sierraclub.org
*Attorney for Defendants*                           dru.spiller@sierraclub.org

                                                    *Attorneys for Plaintiff*

\* \* \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:

                                                TRINA L. THOMPSON
                                                United States District Judge