UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>        Defendants. | Case No. 3:23-cv-00780-TLT<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME OF ANSWER DEADLINE, INITIAL DISCLOSURES, AND CASE MANAGEMENT CONFERENCE** |

Under Local Rules 6-2 and 7-12, Plaintiff Sierra Club and Defendants United States Environmental Protection Agency and Administrator Michael S. Regan (EPA) stipulate as follows:

1.      Plaintiff alleges that EPA has failed to perform certain mandatory duties under the Clean Air Act.  On April 18, the parties requested a sixty-day extension of the litigation deadlines in this case to facilitate settlement discussions.  ECF No. 19.  On April 19, the Court granted the extension as to the answer deadline and ADR process but preserved the original deadlines for the Rule 26(f) Report and Case Management Statement and the Initial Case Management Conference.  ECF No. 20.  On May 10, the parties requested a 60-day extension of the Initial Disclosures and Case Management Conference.  ECF No. 21.  The Court partially granted the stipulation.  ECF No. 22.  On June 16, the parties requested an additional extension, notifying the Court they had agreed in principle to a proposed Consent Decree to resolve this case, and needed time to obtain management approvals and begin the public comment period required under Clean Air Act section 113(g), 42 U.S.C. § 7413.  The Court granted the extension.  ECF No. 24.

2. Since the last extension, EPA has obtained the necessary management approvals and published the proposed Consent Decree in the Federal Register for a 30-day public comment period. 88 Fed. Reg. 45416 (July 17, 2023). The comment period closed on August 16, 2023. EPA is preparing internal briefing as a prerequisite to publicly responding to comments received. EPA needs a short extension of time to complete these processes before moving to enter the Consent Decree with the Court. Plaintiff agrees with the need for a short extension.

3. To provide the needed time to finalize settlement in this case, the parties request that the Court extend by twenty-one days the deadlines for EPA's answer, the Rule 26(f) Report, Case Management Statement, and the Initial Case Management Conference. If the stipulated request is granted, the litigation deadlines in this case will be as follows:

| Event | Current Date (ECF No. 24) | Proposed New Date |
|---|---|---|
| Answer deadline | August 25, 2023 | September 15, 2023 |
| Last day to file a Rule 26(f) Report, complete initial disclosures, or state objections in Rule 26(f) Report, and file a Case Management Statement. | September 1, 2023 | September 22, 2023 |
| Initial Case Management Conference | September 8, 2023 | September 29, 2023 |

4. Pursuant to Local Rule 5-1(h)(3), the undersigned counsel for Defendants attests that the other signatories listed concur in filing this document.

| | | |
|---|---|---|
| 1 | Dated August 17, 2023. | Respectfully submitted, |
| 2 | | |
| 3 | /s/ Alex J. Hardee | /s/ Kristin Henry (by consent) |
| | Alex J. Hardee (NC Bar No. 56321) | Kristin Henry (CA Bar No. 220908) |
| 4 | United States Department of Justice | Joshua Smith (OR Bar No. 071757) |
| | Environment & Natural Resources Division | Dru Spiller (DC Bar No. 1736750) |
| 5 | Environmental Defense Section | Sierra Club |
| 6 | P.O. Box 7611 | 2101 Webster Street, Suite 1300 |
| | Washington, DC 20044 | Oakland, CA 94612 |
| 7 | 202-514-2398 | 415-977-5716 |
| 8 | alex.hardee@usdoj.gov | kristin.henry@sierraclub.org |
| | | joshua.smith@sierraclub.org |
| 9 | *Attorney for Defendants* | dru.spiller@sierraclub.org |
| 10 | | *Attorneys for Plaintiff* |

* * *

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:

                                                                             TRINA L. THOMPSON
                                                                             United States District Judge